**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANTHONY ROBERT TREJO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-21-CA-0209-FB** |
| | § | |
| **JAVIER SALAZAR, Sheriff,** | § | |
| **Bexar County Sheriff's Office,** | § | |
| | § | |
| **Respondent.** | § | |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that petitioner Anthony Robert Trejo's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.  No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 8th day of March, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE